IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD VANENBURG | ) | |
| | ) | |
| vs. | ) | C.A. NO.06-463ML |
| | ) | |
| UNITED STATES | ) | |

MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, by its Attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant U.S. Attorney, and hereby moves for an enlargement of time to December 29, 2006 for filing its response to Petitioner's Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a Person in Federal Custody. The nature of the allegations by Petitioner necessitate use of the transcript for the change of plea hearing which was held on January 5, 2006. Counsel for the United States requested a copy of the change of plea transcript on October 25, 2006. The government was informed on November 7, 2006, by the Court Reporter that, due to the press of work, it was uncertain when that transcript could be completed.

Given the time it will for the Court Reporter to produce the transcript and to allow the government sufficient time to draft its response to the Petition once it receives the transcript, the

government respectfully requests that the Court approve the requested extension until December 29, 2006 for the government's response.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2006, I caused the with Government's response to Petitioner's Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a Person in Federal Custody to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid, to:

Richard Vanenburg
Donald C. Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov